UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Christopher Palermo</u>

      v.         Civil No. 08-cv-109-JL

<u>Coos County Department of Corrections, Superintendent, et al.</u>


<u>O R D E R</u>


I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated August 14, 2008, no objection having been filed.

SO ORDERED.


September  11, 2008      */s/ Joseph N. Laplante*
              Joseph N. Laplante
              United States District Judge


cc: Christopher Palermo, pro se