UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Christopher Palermo</u>

        v.                                          Civil No. 08-cv-109-JL

<u>Robe Soucy</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 2, 2008, no objection having been filed.

    SO ORDERED.


December 23, 2008                        <u>/s/ Joseph N. Laplante</u>
                                                  Joseph N. Laplante
                                                  United States District Judge


cc:    Christopher Palermo, pro se
       Jonathan Lax, Esq.